Case 10-17278    Doc 1    Filed 04/19/10    Entered 04/19/10 14:51:52    Desc Main
          Document      Page 4 of 18

Case 10-17278    Doc 1    Filed 04/19/10    Entered 04/19/10 14:51:52    Desc Main
Document    Page 11 of 18

Case 10-17278    Doc 1    Filed 04/19/10    Entered 04/19/10 14:51:52    Desc Main
Document    Page 17 of 18

# United States Bankruptcy Court
_____ District Of _____

In re                                                                                          Case No. _____

_____                                    Chapter _____
**Debtor**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____         _____
Printed name and title, if any, of Bankruptcy Petition Preparer        Social Security number (If the bankruptcy petition
Address:                                                                                                preparer is not an individual, state the Social Security
                                                                                                              number of the officer, principal, responsible person, or
                                                                                                              partner of the bankruptcy petition preparer.) (Required
                                                                                                              by 11 U.S.C. § 110.)

X_____

Signature of Bankruptcy Petition Preparer or officer,
principal, responsible person, or partner whose Social
Security number is provided above.

### Certification of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____         X_____
Printed Name(s) of Debtor(s)                                                   Signature of Debtor       Date

Case No. (if known) _____         X_____
                                                                                                Signature of Joint Debtor (if any)

Date

_____

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.